UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**

2003 NOV -4  P 4:07

US DISTRICT COURT
BRIDGEPORT

ALLSTATE INSURANCE COMPANY,
AS SUBROBEE OF THERESA DOYLE
AND JOHN OSBORNE

v

McPHEE UTILITY POWER AND
SIGNAL, LTD.

## JUDGMENT

Notice having been sent to counsel of record on August 27, 2003, pursuant to L.R. 41(b) (16(b)) indicating that the above-entitled case would be dismissed if closing papers were not filed on or before September 26, 2003.

It is hereby ORDERED that this action is dismissed, pursuant to Local Rule 41(b) (16(b)), without costs to any party and without prejudice to the right of any party thereto to move within thirty (30) days hereof, upon good cause shown, to reopen the case if the settlement has not been consummated.

Dated at Bridgeport, Connecticut this 4th day of November, 2003.

KEVIN F. ROWE, Clerk

By: _Catherine Brosko_
Deputy Clerk

ENTERED ON DOCKET_____